# van der Veen, Hartshorn, Levin & Lindheim

Michael T. van der Veen+ | Brian D. Hartshorn** | Nelson Levin* | Jerry A. Lindheim**~
Bruce L. Castor, Jr.^ | Daniel J. Devlin** | Richard P. Coble** | Abigail B. Gustafson>
Kenneth C. Edelin* | Peter P. Adubato** | Kaitlin C. McCaffrey** | David C. Devine* | Steven R. Bryson*
Adam M. Leasure* | Grant P. Bloomdahl* | Jonathan J. Winton* | Carl Ippolito< | Thomas Crawford<

April 11, 2025

***Via E-Filing***
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court, District of NJ
MLK Jr. Fed. Bldg. & US Courthouse
50 Walnut St., Courtroom MLK 5D
Newark, NJ 07102

   Re: **Lunsford v. Rutgers University, et al.**
      **Docket No. 24-4359**

Dear Judge Neals,

  Please accept this correspondence on behalf of Plaintiff Eric Lunsford in the above-referenced matter. We write to respectfully request one final 45-day extension of the discovery deadline in this matter, which is currently set to end on April 14, 2025. Defense counsel has consented to this request. The Parties require additional time to complete the depositions of several Rutgers' employees, which have been difficult to schedule due to certain employees' leave and pre-planned vacations. As such, we respectfully submit that a final 45-day extension would be appropriate to ensure that the Parties have sufficient time to complete these depositions and address any discovery issues that may arise as a result. If granted, the new deadlines would be as follows:

1. Fact Discovery & Identification of Affirmative Experts: May 29, 2025
2. Affirmative Expert Reports: June 30, 2025
3. Responding Expert Reports: July 30, 2025
4. Expert Discovery Deadline: August 29, 2025

We thank Your Honor for the Court's consideration of this matter.

           Sincerely,

           */s/ Kaitlin C. McCaffrey*
           Kaitlin C. McCaffrey

cc: Margaret Raymond-Flood, Esq. (via PACER)
   Michael Townsend, Esq. (via PACER)

1219 Spruce Street | Philadelphia, PA 19107 | P (215) 546-1000 | F (215) 546-VLAW
411 Cherry Street | Norristown, PA 19401 | mtvlaw.com | 609 Hamilton Street, Suite 7 | Allentown, PA 18101

+Member of PA, NJ & IL Bars, LLM in Trial Advocacy | **Member of PA, NJ Bars | >PA & LLM | *Member of PA Bar | ^Member of PA, DC Bars | < Of counsel | ~Federal Claims Court