

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

*Direct Dial: (908) 252-4228*
*Email: mrflood@norris-law.com*

June 26, 2025

**VIA PACER**
Hon. José R. Almonte, U.S.M.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

      RE: **Eric Lunsford v. Rutgers University, et al.**
           **Case No. 2:24-cv-04359-JXN-JRA**

Dear Magistrate Judge Almonte:

    This office represents Defendants, Rutgers University (pled as "Rutgers University d/b/a University Correctional Healthcare") ("Rutgers") and Barrington Lynch, M.D. ("Dr. Lynch") in the above-captioned matter. With the consent of Plaintiff's counsel, we respectfully submit this joint request for a final, brief extension of the current discovery end-date, which is presently set for July 1, 2025.

    Plaintiff intends to take the depositions of Dr. Lynch and non-party Nurse Camela Ocampo, which are scheduled for the week of July 14, 2025. Accordingly, the parties jointly request a 30-day extension of the discovery deadline through July 31, 2025 to accommodate these depositions.

    We appreciate the Court's attention to this matter and thank Your Honor for considering this request.

                               Respectfully submitted,

                               NORRIS McLAUGHLIN, P.A.

                             */s/ Margaret Raymond-Flood*
                             Margaret Raymond-Flood, Esq.

cc:    Kaitlin McCaffrey, Esq., Esq. (via PACER)

